ciation of Claimants' Compensation Attorneys; (2) Melvin M. Belli and others; (3) B. A. Green; and (4) Seafarer's International Union, as *amici curiae,* in No. 414 are denied. The petitions for rehearing are denied.

No. 624, October Term, 1951. CADDEN *v.* KENTUCKY, 343 U. S. 976. Motion for leave to file petition for rehearing denied.

No. 714, October Term, 1951. UNION CARBIDE & CARBON CORP. *v.* GRAVER TANK & MFG. CO., INC. ET AL., 343 U. S. 967. Rehearing denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 394, Misc., October Term, 1951. HOUSE *v.* HIATT, WARDEN, 343 U. S. 925;

No. 409, Misc., October Term, 1951. WELDON *v.* UNITED STATES, 343 U. S. 967;

No. 422, Misc., October Term, 1951. HAMILTON *v.* UNITED STATES, 343 U. S. 980;

No. 440, Misc., October Term, 1951. TAYLOR *v.* STEELE, SUPERINTENDENT, 343 U. S. 973;

No. 475, Misc., October Term, 1951. AYERS *v.* PARRY ET AL., 343 U. S. 980;

No. 481, Misc., October Term, 1951. LINDSEY *v.* WATSON ET AL., 343 U. S. 969;

No. 486, Misc., October Term, 1951. LAWRENCE *v.* UNITED STATES, 343 U. S. 981;

No. 487, Misc., October Term, 1951. CASONE *v.* TENNESSEE, 343 U. S. 969;

No. 503, Misc., October Term, 1951. HEWLETT *v.* CALIFORNIA, 343 U. S. 981; and

No. 518, Misc., October Term, 1951. CARPENTER *v.* ERIE RAILROAD CO., 343 U. S. 987. Petitions for rehearing denied.